UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 23 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | |
| SYLVIA SCHWALM | § | CRIMINAL NO. 15-546s |

### SUPERSEDING INFORMATION

**THE UNITED STATES CHARGES:**

On or about the May 11, 2015, in the Southern District of Texas, the defendant, did corruptly endeavor to influence, obstruct, and impede, the due and proper administration of the law under which a pending proceeding was had, that is, an investigation and audit of Diamond Pharmacy by the Food and Drug Administration and the Drug Enforcement Agency, both agencies of the United States, by directing (A.H.), a sales representative of Diamond Pharmacy, to destroy evidence in violation of Title 18 United States Code, Section 1505.

KENNETH MAGIDSON
United States Attorney

By: _____
Jim McAlister
Assistant United States Attorney